IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAYLIN TOLES, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:18-CV-963-WHA |
| | ) |
| WALLY OLSON, et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On December 18, 2018, the Magistrate Judge entered a Recommendation (Doc. #10) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 8th day of January, 2019.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE